Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29657−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edward T Corson                          Toni M Corson
13 Forest Lane                           13 Forest Lane
Greenbrook, NJ 08812                     Greenbrook, NJ 08812

Social Security No.:
   xxx−xx−9462                           xxx−xx−5050

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/14/2016 and a confirmation hearing on such Plan has been scheduled for 5/9/2017 at 10:00 am.

The debtor filed a Modified Plan on 5/8/2017 and a confirmation hearing on the Modified Plan is scheduled for 6/27/2017 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: May 8, 2017
JAN: gan

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 16-29657-MBK
Edward T Corson                                                   Chapter 13
Toni M Corson
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin               Page 1 of 2         Date Rcvd: May 08, 2017
                              Form ID: 186              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db/jdb         +Edward T Corson,    Toni M Corson,    13 Forest Lane,    Greenbrook, NJ 08812-2105
516483175      +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
516676345       BONY as trustee for CWABS Inc Series 2005-8,    Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516446715      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516446716      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
516488354      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
516446717      +Capital One,   PO Box 71083,    Charlotte, NC 28272-1083
516446719      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516446720      +Capital One Bank,    Po Box 30281,    Salt Lake City, UT 84130-0281
516584651       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516446721      +Chrysler Capital,    Attention: Bankruptcy Dept,    P.O. Box 961278,    Fort Worth, TX 76161-0278
516446722      +Comenity Bank,   Bankruptcy Department,     P.O. Box 182273,    Columbus, OH 43218-2273
516446725      +Diversified Collections,    P.O. Box 200,    Greensburg, PA 15601-0200
516446726      +Express,   Comenity Bank,    P.O. Box 182769,    Columbus, OH 43218-2769
516446727      +Express,   Po Box 659728,    San Antonio, TX 78265-9728
516446728      +GM Financial,   P.O. Box 183834,    Arlington, TX 76096-3834
516446729     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court: J C Christensen & Associates Inc,     PO Box 519,
                 Sauk Rapids, MN 56379)
516677407      +MERCEDESBENZ FINANCIAL SERVICES USA LLC,     c/o RUBIN & ROTHMAN LLC,    1787 VETERANS HWY STE 32,
                 ISLANDIA, NY 11749-1500
516614245      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516446734       Mercedes-Benz Financial,    13650 Heritage Valley Pkwy,    Fort Worth, TX 76177
516446735      +MidAmerica/Milestones/GFS,    PO Box 4499,    Beaverton, OR 97076-4499
516446736      +Nationwide Credit, Inc,    Po Box 26314,    Lehigh Valley, PA 18002-6314
516446737      +Optimum Business,    Commercial Plaza,    5 Corporate Center Drive,    Melville, NY 11747-3115
516446741      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500
516658628      +U.S. Bank National Association, Trustee (See 410),     C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516446742       Verizon,   PO Box 489,    Newark, NJ 07101-0489
516446744       Zales,   PO Box 689182,    Des Moines, IA 50368-9182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2017 23:05:44     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2017 23:05:40     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516446714      +E-mail/Text: g20956@att.com May 08 2017 23:06:23     AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
516651918      +E-mail/Text: g20956@att.com May 08 2017 23:06:23     AT&T Mobility II LLC,
                 c/o AT&T Services, Inc,    Karen A. Cavagnaro-Lead Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
516555614       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 08 2017 23:27:27
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
516446713      +E-mail/Text: bkrpt@retrievalmasters.com May 08 2017 23:05:39
                 American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                 Elmsford, NY 10523-1615
516457940      +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 08 2017 23:12:32
                 Capital One Auto Finance,    c/o Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX 75016-5028
516446718      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 08 2017 23:12:37
                 Capital One Auto Finance,    P.O. Box 260848,   Plano, TX 75026-0848
516570368      +E-mail/Text: bankruptcy@cavps.com May 08 2017 23:06:04     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516446723       E-mail/Text: Umesh.Patil@credencerm.com May 08 2017 23:06:32     Credence,
                 17000 Dallas Parkway,    Suite 204,   Dallas, TX 75248-1940
516446724      +E-mail/Text: creditonebknotifications@resurgent.com May 08 2017 23:04:48     Credit One Bank,
                 Po Box 60500,   City Of Industry, CA 91716-0500
516446730      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 23:12:00     JC Penney,    Synchrony Bank,
                 P.O. Box 965036,   Orlando, FL 32896-5036
516446731      +E-mail/Text: ebnsterling@weltman.com May 08 2017 23:05:21     Kay Jewelers,    Po Box 740425,
                 Cincinnati, OH 45274-0425
516446732       E-mail/Text: bnckohlsnotices@becket-lee.com May 08 2017 23:04:54     Kohls,    PO box 2983,
                 Milwaukee, WI 53201-2983
516581049       E-mail/PDF: resurgentbknotifications@resurgent.com May 08 2017 23:11:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516446733      +E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 23:12:30     Lowe's,    Synchrony Bank,
                 Bankruptcy Dept,   P.O. Box 965060,    Orlando, FL 32896-5060
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 08, 2017
                              Form ID: 186             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516446738        E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 23:12:30      PC Ricards,    Po box 960061,
                  Orlando, FL 32896-0061
516676891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2017 23:13:00
                  Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,   POB 41067,
                  Norfolk VA 23541
516663891        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2017 23:12:23
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,   POB 41067,
                  Norfolk VA 23541
516446739       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 23:12:00      QCard,   P.O. Box 530905,
                  Atlanta, GA 30353-0905
516555623        E-mail/Text: bnc-quantum@quantum3group.com May 08 2017 23:05:29
                  Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
516490170        E-mail/Text: bnc-quantum@quantum3group.com May 08 2017 23:05:28
                  Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516470481        E-mail/Text: bnc-quantum@quantum3group.com May 08 2017 23:05:29
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                  Kirkland, WA  98083-0788
516457420        E-mail/Text: bnc-quantum@quantum3group.com May 08 2017 23:05:29
                  Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,   PO Box 788,
                  Kirkland, WA  98083-0788
516446740       +E-mail/Text: bkrpt@retrievalmasters.com May 08 2017 23:05:39      RMCB*,
                  4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-3835
516446743       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2017 23:11:30      Walmart,   Synchrony Bank,
                  P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Bruce C. Truesdale    on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Michael M Khalil    on behalf of Debtor Edward T Corson mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Toni M Corson mkhalil@atrbklaw.com
                                                                                              TOTAL: 6
```