# KML Law Group, PC

A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA
216 HADDON AVENUE
SUITE 406
WESTMONT, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
**WWW.KMLLAWGROUP.COM**

May 16, 2017

To the Honorable Michael B. Kaplan
U. S. Courthouse
402 East State Street,
Trenton, NJ 08608

|  |  |
|---|---|
| **Debtor(s):** | Toni M. Corson Edward T. Corson |
| **Bankruptcy Case #:** | 16-29657 MBK |
| **Mortgaged Premises:** | 13 Forest Lane , Greenbrook, NJ 08812 |
| **Secured Creditor:** | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 |

Dear Judge Kaplan,

Please accept this letter brief in lieu of a more formal objection on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 ("Secured Creditor") in response to the Debtors' Objection to Proof of Claim. Respondent holds a mortgage lien on real property located at 13 Forest Lane, Greenbrook, NJ 08812.

Debtors filed an objection to Secured Creditor's proof of claim.  Secured Creditor is in the process of compiling a post-loan modification payment history for Debtors' review.  It is expected that once the payment history is completed, this objection will be supplemented and amended.  In that regard, it is humbly requested that this matter be adjourned until such time as the payment history can be provided to Debtors.

Very truly yours,

KML Law Group, PC

**/s/** Denise Carlon
Denise Carlon
Attorney for Respondent
201-549-2363
dcarlon@kmllawgroup.com

| | |
|---|---|
| Colleen M. Hirst, Esq. (039742003) | Brian C. Nicholas, Esq. (036432003) |
| Lauren M. Steins, Esq. (014532012) | Jaime R. Ackerman, Esq. (025782003) |
| Paul W. Luongo, Esq. (000172009) | Christopher Ford, Esq. (006712005) |
| Caitlin M. Donnelly, Esq. (034832011) | Denise Carlon, Esq. (001392008) |
| Nicholas J. Zabala, Esq. (156532015) | |

**KML Law Group, P.C.**
Kristina G. Murtha, Esq., Managing Attorney (034041990)
A Professional Corporation incorporated in Pennsylvania
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
609-250-0700 (NJ)
215-627-1322 (PA)
Attorney for Plaintiff

---

| | |
|---|---|
| **IN THE MATTER OF:**<br>Toni M. Corson Edward T. Corson<br><br>Debtor(s) | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 16-29657 MBK |

## CERTIFICATION OF MAILING

Denise Carlon does hereby certify:

    1. I am an attorney with the offices of KML Law Group, PC, A Professional Corporation incorporated in Pennsylvania, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8, Secured Creditor in the above entitled matter.

    2. On <u>May 16, 2017</u>, I served by regular mail and/or electronic mail, a copy of the Response to Debtor's Objection to Proof of Claim, returnable before the Bankruptcy Court at U. S. Courthouse 402 East State Street, Trenton, NJ 08608, to the following:

Toni M. CorsonEdward T. Corson
13 Forest Lane
Greenbrook, NJ 0881213 Forest Lane
Greenbrook, NJ 08812

Michael M. Kahlil
 147 Union Avenue
Middlesex, NJ 08846Bruce C. Truesdale
 147 Union Avenue
Suite 1E
Middlesex, NJ 08846

Albert Russo Esq.
CN 4853 (VIA ECF)
Trenton, NJ 08650-4853

   3. I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

                /s/ Denise Carlon
                Denise Carlon

DATED: May 16, 2017