| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**ABELSON & TRUESDALE**<br>By: Michael M. Khalil, Esq.<br>ID # MK 4845<br>147 Union Ave - Suite 1E<br>Middlesex, NJ 08846<br>(732) 302-9600<br>Attorney for Debtor | Order Filed on June 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EDWARD CORSON<br>TONI CORSON | Case No.: 16-29657<br>Adv. No.:<br><br>Hearing Date:   May 23, 2017<br><br>Judge: Hon. Michael B. Kaplan |

## ORDER MODIFYING PROOF OF CLAIM BY
## THE BANK OF NY MELLON

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER MODIFYING PROOF OF CLAIM BY
THE BANK OF NY MELLON

**CASE NUMBER**: 16-29657

**DATE OF HEARING**: May 23, 2017

**JUDGE**: HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the application of the Debtors by their counsel, Michael M. Khalil, Esq., and notice having been given to the Creditor, and the Court having reviewed the application of the Debtors and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Claim of The Bank of NY Mellon (Claim # 19-1) is hereby modified to reflect an "amount necessary to cure any default as of the date of the petition" to be $0.00.

2) The mortgage alleged in the Claim of The Bank of NY Mellon (Claim #19-1) is deemed current as of the time of filing of the Debtors' bankruptcy petition.

3) Attorney's fees and costs are awarded to counsel for the Debtors in the amount of $750 as authorized by Fed.R.Bankr.P 3001(c)(2)(D)(ii) and the same shall be paid by The Bank of NY Mellon directly to Debtors' counsel within 15 days of this Order.