UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**ABELSON & TRUESDALE**

By: Michael M. Khalil, Esq.

ID # MK 4845

147 Union Ave - Suite 1E

Middlesex, NJ 08846

(732) 302-9600

Attorney for Debtor

---

In Re:

EDWARD CORSON
TONI CORSON

---

**Order Filed on June 30, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-29657

Adv. No.:

Hearing Date:    May 23, 2017

Judge: Hon. Michael B. Kaplan

---

## ORDER MODIFYING PROOF OF CLAIM BY
## THE BANK OF NY MELLON

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 30, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**
ORDER MODIFYING PROOF OF CLAIM BY
THE BANK OF NY MELLON

**CASE NUMBER**: 16-29657

**DATE OF HEARING**: May 23, 2017

**JUDGE**: HON.  MICHAEL B. KAPLAN
----------------------------------------------------------------------------------------------------------------------------
--

THIS MATTER being opened to the Court upon the application of the Debtors by their counsel,

Michael M. Khalil, Esq., and notice having been given to the Creditor, and  the Court having reviewed the

application of the Debtors and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows:

1) The Claim of The Bank of NY Mellon (Claim # 19-1) is hereby modified to reflect an "amount

necessary to cure any default as of the date of the petition" to be $0.00.

2) The mortgage alleged in the Claim of The Bank of NY Mellon (Claim #19-1) is deemed current as of

the time of filing of the Debtors' bankruptcy petition.

3) Attorney's fees and costs are awarded to counsel for the Debtors in the amount of $750 as authorized

by Fed.R.Bankr.P 3001(c)(2)(D)(ii) and the same shall be paid by The Bank of NY Mellon directly to Debtors'

counsel within 15 days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-29657-MBK
Edward T Corson                                                        Chapter 13
Toni M Corson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jul 05, 2017
                             Form ID: pdf903         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
db/jdb          +Edward T Corson,   Toni M Corson,   13 Forest Lane,   Greenbrook, NJ 08812-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Brian C. Nicholas    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-8 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Brian E Caine    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
           bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
          Bruce C. Truesdale    on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale    on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com,
           bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-8 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Michael M Khalil    on behalf of Debtor Edward T Corson mkhalil@atrbklaw.com
          Michael M Khalil    on behalf of Joint Debtor Toni M Corson mkhalil@atrbklaw.com
                                                                   TOTAL: 8