Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Edward T. Corson**
**Toni M Corson**

Debtor(s)

Case No..: **16-29657-MBK**
Judge: **Michael B. Kaplan**
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☑ Motions Included

☐ Modified/Notice Required
☑ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **July 2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **100.00 Monthly** to the Chapter 13 Trustee, starting on **10/1/2016** for approximately **36** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
☑ Future Earnings
☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:
☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Bruce C. Truesdale ~BT 0928** | **Attorney Fees** | **2,000.00** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Americredit** | **2011 Cadillac SRX** | **$559.18** | **n/a** | **$559.18** | **$224.59** |
| **Santander (Chrysler)** | **2010 Dodge Ram** | **$258.02** | **n/a** | **$258.02** | **$483.85** |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated

as an unsecured claim.  If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES  
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **US Bank** | **13 Forest Lane, Dunellen, NJ** | **$65,132.08** | **$443,200.00** | **$667,968.83** | **NO VALUE** | **0%** | **$0.00** |

    2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender
Upon confirmation, the stay is terminated as to surrendered collateral.  The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Quantum3** | **Jewelery** | **Unknown** | **$0.00** |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| **Bank of New York** |

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| -NONE- | | |

## Part 5:  Unsecured Claims

    a. **Not separately classified**  Allowed non-priority unsecured claims shall be paid:

       ____    Not less than $____ to be distributed *pro rata*

       ____    Not less than ___ percent

       __X__    *Pro Rata* distribution from any remaining funds

    b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

## Part 6:  Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| -NONE- | | |

| Part 7: Motions |
|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

    b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| US Bank | 13 Forest Lane, Dunellen, NJ | $65,132.08 |

    c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| -NONE- | | | |

| Part 8: Other Plan Provisions |
|---|

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
      1)    Trustee Commissions
      2)    **Other Administrative Claims**

3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

   **d. Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9 : Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified: **April 2017**.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| **Second Mod Plan - Part 7 motion needed to be listed in Part 4**<br><br>**First Mod Plan - Small arrearages were discovered upon review of the filed secured POCs. Additionally, a wholly unsecured secured mortgage POC was filed that needed to be addressed.** | **Second Mod Plan - Part 7 motion was listed in Part 4**<br><br>**First Mod Plan - Part 4a was amended to address secured arrears. Part 7b now lists a motion to reclassify a wholly unsecured secured mortgage.** |
| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes      ☐ No |

### Part 10: Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

Date    7/6/2017        /s/ Bruce C. Truesdale
                                        **Bruce C. Truesdale**
                                          Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date:    7/62017        /s/ Edward T. Corson
                                          **Edward T. Corson**
                                          Debtor

Date:    7/6/2017        /s/ Toni M Corson
                                          **Toni M Corson**
                                          Joint Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-29657-MBK
Edward T Corson                                                       Chapter 13
Toni M Corson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Jul 07, 2017
                               Form ID: pdf901          Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2017.
db/jdb         +Edward T Corson,    Toni M Corson,    13 Forest Lane,    Greenbrook, NJ 08812-2105
516483175      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
516676345       BONY as trustee for CWABS Inc Series 2005-8,    Shellpoint Mortgage Servicing,    PO BOX 10826,
                Greenville, SC 29603-0826
516446715      +Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
516446716      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
516488354      +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
516446717      +Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
516446719      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
516446720      +Capital One Bank,    Po Box 30281,    Salt Lake City, UT 84130-0281
516584651       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516446721      +Chrysler Capital,    Attention: Bankruptcy Dept,    P.O. Box 961278,    Fort Worth, TX 76161-0278
516446722      +Comenity Bank,    Bankruptcy Department,    P.O. Box 182273,    Columbus, OH 43218-2273
516446725      +Diversified Collections,    P.O. Box 200,    Greensburg, PA 15601-0200
516446727      +Express,    Po Box 659728,    San Antonio, TX 78265-9728
516446726      +Express,    Comenity Bank,    P.O. Box 182769,    Columbus, OH 43218-2769
516446728      +GM Financial,    P.O. Box 183834,    Arlington, TX 76096-3834
516446729     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:    J C Christensen & Associates Inc,    PO Box 519,
                Sauk Rapids, MN 56379)
516677407      +MERCEDESBENZ FINANCIAL SERVICES USA LLC,    c/o RUBIN & ROTHMAN LLC,    1787 VETERANS HWY STE 32,
                ISLANDIA, NY 11749-1500
516614245      +MIDLAND FUNDING LLC,    PO BOX 2011,    WARREN, MI 48090-2011
516446734       Mercedes-Benz Financial,    13650 Heritage Valley Pkwy,    Fort Worth, TX 76177
516446735      +MidAmerica/Milestones/GFS,    PO Box 4499,    Beaverton, OR 97076-4499
516446736      +Nationwide Credit, Inc,    Po Box 26314,    Lehigh Valley, PA 18002-6314
516446737      +Optimum Business,    Commercial Plaza,    5 Corporate Center Drive,    Melville, NY 11747-3115
516446741      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500
516658628      +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516446742       Verizon,    PO Box 489,    Newark, NJ 07101-0489
516446744       Zales,    PO Box 689182,    Des Moines, IA 50368-9182

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2017 23:30:19     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2017 23:30:18     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516446714      +E-mail/Text: g20956@att.com Jul 07 2017 23:30:34     AT&T Mobility,    PO Box 537104,
                Atlanta, GA 30353-7104
516651918      +E-mail/Text: g20956@att.com Jul 07 2017 23:30:34     AT&T Mobility II LLC,
                c/o AT&T Services, Inc,    Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,
                Bedminster, NJ 07921-2693
516555614       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2017 23:27:09
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516446713      +E-mail/Text: bkrpt@retrievalmasters.com Jul 07 2017 23:30:17
                American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                Elmsford, NY 10523-1615
516457940      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 07 2017 23:21:38
                Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
516446718      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 07 2017 23:27:17
                Capital One Auto Finance,    P.O. Box 260848,    Plano, TX 75026-0848
516570368      +E-mail/Text: bankruptcy@cavps.com Jul 07 2017 23:30:26     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516446723      +E-mail/Text: Umesh.Patil@credencerm.com Jul 07 2017 23:32:15     Credence,
                17000 Dallas Parkway,    Suite 204,    Dallas, TX 75248-1940
516446724      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 07 2017 23:21:22     Credit One Bank,
                Po Box 60500,    City Of Industry, CA 91716-0500
516446730      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:36     JC Penney,    Synchrony Bank,
                P.O. Box 965036,    Orlando, FL 32896-5036
516446731      +E-mail/Text: ebnsterling@weltman.com Jul 07 2017 23:30:12     Kay Jewelers,    Po Box 740425,
                Cincinnati, OH 45274-0425
516446732       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 07 2017 23:30:03     Kohls,    PO box 2983,
                Milwaukee, WI 53201-2983
516581049       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2017 23:21:24
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516446733      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:36     Lowe's,    Synchrony Bank,
                Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 07, 2017
                              Form ID: pdf901          Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516446734      E-mail/Text: M74banko@daimler.com Jul 07 2017 23:32:24      Mercedes-Benz Financial,
                13650 Heritage Valley Pkwy,    Fort Worth, TX 76177
516446738      E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:28      PC Ricards,   Po box 960061,
                Orlando, FL 32896-0061
516676891      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2017 23:27:18
                Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                Norfolk VA 23541
516663891      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2017 23:27:27
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516446739     +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:22      QCard,   P.O. Box 530905,
                Atlanta, GA 30353-0905
516555623      E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2017 23:30:14
                Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA  98083-0788
516490170      E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2017 23:30:14
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
516470481      E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2017 23:30:14
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
516457420      E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2017 23:30:14
                Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,   PO Box 788,
                Kirkland, WA  98083-0788
516446740     +E-mail/Text: bkrpt@retrievalmasters.com Jul 07 2017 23:30:17      RMCB*,
                4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-3835
516446743     +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2017 23:21:36      Walmart,   Synchrony Bank,
                P.O. Box 965024,    Orlando, FL 32896-5024
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-8 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Bruce C. Truesdale    on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-8 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael M Khalil    on behalf of Debtor Edward T Corson mkhalil@atrbklaw.com
              Michael M Khalil    on behalf of Joint Debtor Toni M Corson mkhalil@atrbklaw.com
                                                                                             TOTAL: 8
```