UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45036
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for AmeriCredit Financial Services Inc., dba GM Financial

**Order Filed on December 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

EDWARD T. CORSON
TONI M. CORSON

Case No.: 16-29657

Adv. No.:

Hearing Date: 11-21-17

Judge: MBK

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 7, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Edward and Toni Corson**
16-29657(MBK)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for AmeriCredit Financial Services Inc., dba GM Financial, with the appearance of Steven Abelson, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That AmeriCredit Financial Services Inc., dba GM Financial is the holder of a first purchase money security interest encumbering a 2011 Cadillac SRX bearing vehicle identification number 3GYFNDEY3BS652988 (hereinafter the "vehicle").

2. **Curing arrears:**  At the hearing, the debtors were $1110.15 in arrears and their loan was due from 7-14-17 to 11-14-17 post-petition.  To cure arrears, the debtors shall make an immediate payment to GM Financial of $449.18 and shall cure all remaining arrears by 12-21-17, so that the loan is current through and including the 12-14-17 payment.  <u>If the debtors fail to cure arrears by 12-21-17, GM Financial shall receive immediate stay relief without any application to the Court or notice to the debtors or their attorney and shall be permitted to immediately repossess and sell the vehicle.</u>

3. If the debtors cure arrears, then the debtors shall make all retail installment contract payments to AmeriCredit Financial Services Inc., dba GM Financial when due, being the 14th day of each month.  In the event the debtors fail to make any payment for a period of 30 days after it falls due, AmeriCredit Financial Services Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

4. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract.  In the event of a lapse of insurance for any period of time without intervening coverage, AmeriCredit Financial Services Inc., dba GM Financial shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

5. The debtors shall pay to AmeriCredit Financial Services Inc., dba GM Financial through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Edward T Corson  
Toni M Corson  
    Debtors

Case No. 16-29657-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db/jdb         +Edward T Corson,    Toni M Corson,    13 Forest Lane,    Greenbrook, NJ 08812-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
       Bruce C. Truesdale    on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
       Bruce C. Truesdale    on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Michael M Khalil    on behalf of Joint Debtor Toni M Corson mkhalil@atrbklaw.com  
       Michael M Khalil    on behalf of Debtor Edward T Corson mkhalil@atrbklaw.com  
                                                                                                              TOTAL: 9