**Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)

Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2058

**Pincus Law Group, PLLC**
pfanelli@pincuslaw.com
Paul J. Fanelli, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201

ATTORNEYS FOR NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE SERVICING AS
ATTORNEY IN FACT FOR BANK OF NEW
YORK AS TRUSTEE FOR CWABS 2005-8

In Re:
EDWARD T. CORSON AND TONI M. CORSON
DEBTORS

Case No.: 16-29657
Chapter 13

Hearing Date: 12/11/19

Judge: Honorable Michael B. Kaplan

## ORDER

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2020**

(THIS PORTION OF THE PAGE IS LEFT IN

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The Motion is hereby granted and the Debtors are permitted to enter into the loan modification agreement with Creditor attached as an Exhibit to the Motion (the "Agreement");

The Mortgage secured by real property owned by the Debtors as identified in the Agreement is hereby modified in accordance with the terms set forth in the Agreement.

The Chapter 13 Trustee shall suspend disbursements to Creditor pending completion of loan modification as set forth in the Agreement and all money that would otherwise be paid to Creditor, be held until the arrearage portion of the claim is amended to zero, or the claim is withdrawn, or the Trustee is notified by the Creditor that the modification was not consummated;

If post-petition arrears are capitalized into the loan modification, the Creditor shall file an amended post-petition claim within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with provisions of the confirmed plan;

The Creditor shall notify the Trustee and the Debtors' attorney in the event the modification is not consummated. Any money that was held by the Trustee for the Creditor pursuant to a timely proof of claim pending completion of the modification shall then be paid to Creditor;

Debtors shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order, if applicable;

Communication and/or negotiations between Debtors and mortgagees'/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

Upon completion, a fully executed copy of the Agreement shall be provided to the Chapter 13 Trustee.

_____
Honorable Michael B. Kaplan
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of New Jersey

In re:
Edward T Corson
Toni M Corson
    Debtors

Case No. 16-29657-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 18, 2020
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db/jdb     +Edward T Corson,    Toni M Corson,    13 Forest Lane,    Greenbrook, NJ 08812-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2020 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Brian C. Nicholas   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Brian E Caine   on behalf of Creditor   THE BANK OF NEW YORK MELLON, Et Al... bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
          Bruce C. Truesdale   on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
          Bruce C. Truesdale   on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Michael M Khalil   on behalf of Debtor Edward T Corson mkhalil@atrbklaw.com
          Michael M Khalil   on behalf of Joint Debtor Toni M Corson mkhalil@atrbklaw.com
          Paul   Fanelli   on behalf of Creditor   NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS ATTORNEY IN FACT FOR BANK OF NEW YORK AS TRUSTEE FOR CWABS 2005-8 pfanelli@pincuslaw.com
                                                                                                                                                                                                         TOTAL: 10