**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward T Corson | Social Security number or ITIN  xxx–xx–9462 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Toni M Corson | Social Security number or ITIN  xxx–xx–5050 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–29657–MBK | |

# Order of Discharge           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward T Corson                    Toni M Corson

7/8/20                    **By the court:** Michael B. Kaplan
                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-29657-MBK
Edward T Corson                                                                         Chapter 13
Toni M Corson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 3              Date Rcvd: Jul 08, 2020
                               Form ID: 3180W           Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
```
db/jdb         +Edward T Corson,    Toni M Corson,    13 Forest Lane,    Greenbrook, NJ 08812-2105
516676345       BONY as trustee for CWABS Inc Series 2005-8,     Shellpoint Mortgage Servicing,    PO BOX 10826,
                 Greenville, SC 29603-0826
516446716      +Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
516446725      +Diversified Collections,    P.O. Box 200,    Greensburg, PA 15601-0200
516446729     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:  J C Christensen & Associates Inc,     PO Box 519,
                 Sauk Rapids, MN 56379)
516446737      +Optimum Business,    Commercial Plaza,    5 Corporate Center Drive,    Melville, NY 11747-3115
516446741      +Rubin & Rothman,    1787 Veterans Highway,    Islandia, NY 11749-1500
516658628      +U.S. Bank National Association, Trustee (See 410),     C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516446744       Zales,   PO Box 689182,    Des Moines, IA 50368-9182
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: PHINAMERI.COM Jul 09 2020 03:53:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                 4000 Embarcadero Dr.,    Arlington, TX 76014-4101
516446714      +EDI: CINGMIDLAND.COM Jul 09 2020 03:53:00      AT&T Mobility,   PO Box 537104,
                 Atlanta, GA 30353-7104
516651918      +EDI: CINGMIDLAND.COM Jul 09 2020 03:53:00      AT&T Mobility II LLC,   c/o AT&T Services, Inc,
                 Karen A. Cavagnaro-Lead Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
516483175      +EDI: PHINAMERI.COM Jul 09 2020 03:53:00      AmeriCredit Financial Services, Inc. dba GM Financ,
                 P O Box 183853,    Arlington, TX 76096-3853
516555614       EDI: AIS.COM Jul 09 2020 03:53:00       American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
516446713      +EDI: RMCB.COM Jul 09 2020 03:53:00      American Medical Collection Agency,
                 4 Westchester Plaza, Building 4,    Elmsford, NY 10523-1615
516446715      +EDI: BANKAMER.COM Jul 09 2020 03:53:00      Bank of America,   PO Box 31785,
                 Tampa, FL 33631-3785
516488354      +EDI: CHRM.COM Jul 09 2020 03:53:00      CHRYSLER CAPITAL,   P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
516446717      +EDI: CAPITALONE.COM Jul 09 2020 03:53:00      Capital One,   PO Box 71083,
                 Charlotte, NC 28272-1083
516457940      +EDI: AISACG.COM Jul 09 2020 03:53:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,   Irving, TX 75016-5028
516446718      +EDI: CAPONEAUTO.COM Jul 09 2020 03:53:00      Capital One Auto Finance,   P.O. Box 260848,
                 Plano, TX 75026-0848
516446719      +EDI: CAPITALONE.COM Jul 09 2020 03:53:00      Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
516446720      +EDI: CAPITALONE.COM Jul 09 2020 03:53:00      Capital One Bank,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
516584651       EDI: BL-BECKET.COM Jul 09 2020 03:53:00       Capital One, N.A.,   c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516570368      +E-mail/Text: bankruptcy@cavps.com Jul 09 2020 00:49:07      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516446721      +EDI: CHRM.COM Jul 09 2020 03:53:00      Chrysler Capital,   Attention: Bankruptcy Dept,
                 P.O. Box 961278,    Fort Worth, TX 76161-0278
516446722      +EDI: WFNNB.COM Jul 09 2020 03:53:00      Comenity Bank,   Bankruptcy Department,
                 P.O. Box 182273,    Columbus, OH 43218-2273
516446723      +E-mail/Text: bankruptcy@credencerm.com Jul 09 2020 00:49:27      Credence,
                 17000 Dallas Parkway,    Suite 204,   Dallas, TX 75248-1940
516446724      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 09 2020 00:40:32      Credit One Bank,
                 Po Box 60500,   City Of Industry, CA 91716-0500
516446727      +EDI: WFNNB.COM Jul 09 2020 03:53:00      Express,   Po Box 659728,   San Antonio, TX 78265-9728
516446726      +EDI: WFNNB.COM Jul 09 2020 03:53:00      Express,   Comenity Bank,   P.O. Box 182769,
                 Columbus, OH 43218-2769
516446728      +EDI: PHINAMERI.COM Jul 09 2020 03:53:00      GM Financial,   P.O. Box 183834,
                 Arlington, TX 76096-3834
516446730      +EDI: RMSC.COM Jul 09 2020 03:53:00      JC Penney,   Synchrony Bank,   P.O. Box 965036,
                 Orlando, FL 32896-5036
516446731      +E-Mail/Text: BKRMailOPS@weltman.com Jul 09 2020 00:48:31      Kay Jewelers,   Po Box 740425,
                 Cincinnati, OH 45274-0425
516446732       E-mail/Text: bncnotices@becket-lee.com Jul 09 2020 00:48:12      Kohls,   PO box 2983,
                 Milwaukee, WI 53201-2983
516581049       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 00:41:53
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-3           User: admin                  Page 2 of 3                   Date Rcvd: Jul 08, 2020
                               Form ID: 3180W               Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516446733      +EDI: RMSC.COM Jul 09 2020 03:53:00      Lowe's,    Synchrony Bank,    Bankruptcy Dept,
                 P.O. Box 965060,    Orlando, FL 32896-5060
516677407      +EDI: DAIMLER.COM Jul 09 2020 03:53:00      MERCEDESBENZ FINANCIAL SERVICES USA LLC,
                 c/o RUBIN & ROTHMAN LLC,    1787 VETERANS HWY STE 32,    ISLANDIA, NY 11749-1500
516614245      +EDI: MID8.COM Jul 09 2020 03:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516446734       EDI: DAIMLER.COM Jul 09 2020 03:53:00      Mercedes-Benz Financial,    13650 Heritage Valley Pkwy,
                 Fort Worth, TX 76177
516446735      +EDI: PHINGENESIS Jul 09 2020 03:53:00      MidAmerica/Milestones/GFS,    PO Box 4499,
                 Beaverton, OR 97076-4499
516446738       EDI: RMSC.COM Jul 09 2020 03:53:00      PC Ricards,    Po box 960061,    Orlando, FL 32896-0061
516676891       EDI: PRA.COM Jul 09 2020 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
516663891       EDI: PRA.COM Jul 09 2020 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
516446739      +EDI: RMSC.COM Jul 09 2020 03:53:00      QCard,    P.O. Box 530905,    Atlanta, GA 30353-0905
516555623       EDI: Q3G.COM Jul 09 2020 03:53:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
516490170       EDI: Q3G.COM Jul 09 2020 03:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516470481       EDI: Q3G.COM Jul 09 2020 03:53:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
516457420       EDI: Q3G.COM Jul 09 2020 03:53:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                 PO Box 788,    Kirkland, WA 98083-0788
516446740      +EDI: RMCB.COM Jul 09 2020 03:53:00      RMCB*,    4 Westchester Plaza, Ste 110,
                 Elmsford, NY 10523-1615
516446742       EDI: VERIZONCOMB.COM Jul 09 2020 03:53:00      Verizon,    PO Box 489,    Newark, NJ 07101-0489
516446743      +EDI: RMSC.COM Jul 09 2020 03:53:00      Walmart,    Synchrony Bank,    P.O. Box 965024,
                 Orlando, FL 32896-5024
                                                                                               TOTAL: 44

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516446736     ##+Nationwide Credit, Inc,   Po Box 26314,   Lehigh Valley, PA 18002-6314
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-8 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Brian E Caine    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Bruce C. Truesdale    on behalf of Debtor Edward T Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Bruce C. Truesdale    on behalf of Joint Debtor Toni M Corson brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jul 08, 2020
                              Form ID: 3180W           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-8 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

          Michael M Khalil    on behalf of Debtor Edward T Corson mkhalilecf@gmail.com

          Michael M Khalil    on behalf of Joint Debtor Toni M Corson mkhalilecf@gmail.com

          Paul   Fanelli    on behalf of Creditor    NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS ATTORNEY IN FACT FOR BANK OF NEW YORK AS TRUSTEE FOR CWABS 2005-8 pfanelli@pincuslaw.com

                                                                                                                                             TOTAL: 10